Bench ruling adjourned to 12/19/24 at 11:30 am.
The Clerk of Court is respectfully directed to terminate ECF No. 61.

SO ORDERED.

*Cathy Seibel* 11/15/24
CATHY SEIBEL, U.S.D.J.

# ROTHSTEIN LAW PLLC
**325 East 79th Street, Suite 8B**
**New York, New York 10075**
**(212) 577-9797**

**Member NY & NJ Bars**  **Email: Eric@RothsteinLawNY.com**

November 15, 2024

The Honorable Cathy Seibel
United States District Court Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

      Re:    Daniel Kiss v. Janet Kenny and Debbie Rubin
              7:22 CV 10663 (CS)

Dear Judge Seibel:

    I represent defendant, Janet Kenny, in the above-referenced case.

    In doc. 60, Your Honor scheduled a Bench Ruling for December 11, 2024, at 2:30 p.m. I have a previously scheduled oral argument in Supreme Court, Kings County, in *Peter Black v. Todd Meyer*, index number 518788/2023. Therefore, I respectfully request to reschedule the appearance.

    On November 13, 2024, I emailed plaintiff *pro se* and Ms. Rubin's attorney with possible dates. Mr. Rubin's attorney and I can appear on December 13, 19, 20, and 23, 2024. Plaintiff *pro se* has not responded to my email.

                        Respectfully submitted.

                        Eric E. Rothstein