UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DANIEL KISS,

                   Plaintiff,                       **ORDER**

      -against-                                 22 Civ. 10663 (CS)(JCM)

JANET KENNY, *et al.*,

                   Defendants.
-----------------------------------------------------------X

      On February 19, 2025, the Court scheduled a Status Conference for March 3, 2025 at 10:00 a.m., in Courtroom 421, before the undersigned. Plaintiff did not appear at the March 3, 2025 conference, nor did he contact the Court to request an adjournment or otherwise notify the Court of an inability to attend the conference.

      Accordingly, the Plaintiff is directed to submit a letter explaining his failure to appear at today's conference by March 7, 2025. In addition, the Court adjourns the March 3, 2025 conference to March 31, 2025 at 11:30 a.m. in Courtroom 421. Plaintiff's failure to appear at this conference may result in sanctions, including dismissal of his case for failure to prosecute.

Dated:   March 3, 2025
            White Plains, New York

                                                  **SO ORDERED:**

                                                  JUDITH C. McCARTHY
                                                United States Magistrate Judge