UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

DANIEL KISS,

                Plaintiff,

    -against-

JANET KENNY, DEBRA RUBIN,

                Defendants.

-------------------------------------------------------X

**ORDER**

22 Civ. 10663 (CS)(JCM)

      Plaintiff Daniel Kiss ("Plaintiff") moved on March 2, 2025 to compel responses to interrogatories that Plaintiff served on Defendants Janet Kenny and Debra Rubin (collectively, "Defendants"). (Docket No. 73). Defendant Kenny opposed the application on March 5, 2025. (Docket No. 74). The Court heard oral argument at the March 31, 2025 Status Conference and issued rulings on the record.

      In summary, the Court directs Plaintiff to serve up to 25 proper interrogatories on each Defendant which comply with Local Rule 33.3(a) by April 30, 2025. These interrogatories must only seek (1) the "names of witnesses with knowledge of information relevant to the subject matter of the action;" (2) "the existence, custodian, location, and general description of relevant documents, including pertinent insurance agreements;" and (3) "other physical evidence." Local Rule 33.3(a). Defendants are directed to respond to these interrogatories in accordance with applicable discovery rules.

-2-

The Clerk of Court is respectfully requested to mail a copy of this order to the *pro se* Plaintiff.

Dated:   March 31, 2025
        White Plains, New York

**SO ORDERED:**

_____
JUDITH C. McCARTHY
United States Magistrate Judge