UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

DANIEL KISS,

Plaintiff,

- against -

JANET KENNY and DEBRA RUBIN,

Defendants.

-----------------------------------------------------------x

**ORDER ON MOTION FOR SUMMARY JUDGMENT**

No. 22-CV-10663 (CS)

Seibel, J.

For the reasons set forth on the record at the July 8, 2026 conference, the Defendants' motions for summary judgment, (ECF Nos. 107, 108), are GRANTED in part and DENIED in part.

**SO ORDERED.**

Dated: July 10, 2026
White Plains, New York

Cathy Seibel

CATHY SEIBEL, U.S.D.J.