**ROTHSTEIN LAW PLLC**
**325 East 79th Street, Suite 8B**
**New York, New York 10075**
**(212) 577-9797**

**Member NY & NJ Bars** **Email: Eric@RothsteinLawNY.com**

November 17, 2026

The Honorable Cathy Seibel
United States District Court Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Plaintiff shall explain in short order why his motions *in limine* were late.

SO ORDERED.

CATHY SEIBEL, U.S.D.J. 11/18/2026

Re: Daniel Kiss v. Janet Kenny and Debbie Rubin
7:22 CV 10663 (CS)

Dear Judge Seibel:

I represent defendant, Janet Kenny, in the above-referenced case. I write to strike plaintiff's motions in limine because they are untimely, without explanation, or leave of the Court.

In its text entry on July 10, 2026, the Court set the pre-trial dates that included "Motion(s) in Limine to be submitted by November 10, 2026; opposition due November 17, 2026." I timely filed my motions in limine and plaintiff timely opposed them.

However, earlier today - a week after they were due - plaintiff emailed defense counsel motions in limine without any explanation for their untimeliness and without seeking the Court's permission. Therefore, I move to strike them.

This is not the first time that plaintiff has done this, and the Court should be wary of any excuse he offers for his untimely filing because it already found him not credible regarding why he did not timely file his motion for summary judgment. ECF docs. 128, 132.

Plaintiff's untimely filing is prejudicial because to respond will require me to stop working on my proposed voir dire questions and jury charge that are due by November 24, just a week away.

As the Clerk has not yet posted plaintiff's motion in limine, I attached a copy.

Respectfully submitted,

Eric E. Rothstein

cc: Anthony Centone, Esq.
Via ECF

Daniel Kiss
Email to paykiss65@gmail.com